IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 101

| Michael D. Hensley, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| V | ) | **ORDER** |
| UNITED PARCEL SERVICE, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Susan B. Molony's Application for Admission to Practice *Pro Hac Vice* of Glenn G. Patton. It appearing that Glenn G. Patton is a member in good standing with the Georgia State Bar and will be appearing with Susan B. Molony, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Susan B. Molony's Application for Admission to Practice *Pro Hac Vice* (#6) of Glenn G. Patton is **GRANTED**, and

that Glenn G. Patton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Susan B. Molony.

Signed: May 28, 2013

Dennis L. Howell
United States Magistrate Judge